# UNITED STATES DISTRICT COURT

## DISTRICT OF MONTANA

### BILLINGS DIVISION

| | | |
|---|---|---|
| Paula Stauffer, | ) | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | ) | |
| v. | ) | CV 10-85-BLG-RFC-CSO |
| Bruce Whitworth, | ) | |
| Defendant. | ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED
that this action is DISMISSED.

Dated this 28th day of July, 2010.

PATRICK E. DUFFY, CLERK

By: /s/ T.A. Gesh
Deputy Clerk